## Commonwealth v. Brown, Appellant.

Before RICHETTE, J., without a jury.

Argued September 11, 1975. *Richard F. Furia,* for appellant; *Martin L. Trichon,* Assistant District Attorney, with him *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Bussey, Appellant.

Before BECKERT, J.

Argued September 9, 1975. *John C. Marston,* with him *Van Sciver & Marston,* for appellant; *Stephen B. Harris,* First Assistant District Attorney, with him *Alan M. Rubenstein,* Deputy District Attorney, and *Kenneth G. Biehn,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.